FILED
August 22, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

## **ORDER**

It is hereby ORDERED that the following civil cases assigned to the docket of the Honorable Orlando L. Garcia Chief United States District Judge for the Western District of Texas are hereby TRANSFERRED to the docket of the Honorable Alan D. Albright, United States District Judge for the Western District of Texas, Waco Division. Pursuant to the Amended Order Assigning the Business of the Court effective May 10, 2021, the Clerk shall credit the cases to the percentage of business of the receiving Judge. Both Judges have consented to the transfers. All Orders shall remain in effect unless otherwise ordered by the receiving Judge.

| | |
|---|---|
| SA-22-CV-0903; | InnoMemory, LLC v. Crockett National Bank |
| SA-22-CV-0905; | InnoMemory, LLC v. Broadway National Bank dba Broadway Bank |
| SA-22-CV-0909; | InnoMemory, LLC v. Lonestar National Bank |

SIGNED this  22nd  day of August 2022.

ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE